FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 21 2022

MITCHELL R. ELFERS
CLERK

Cusano CV 20-0955 SM
Cusano. 19-0666 ML
KBS

U.S. District of New Mexico /
CDC / New Mexico Dep. corr.

Vance Charles A.S. Barnes    pg. 1/18
Facility: NENMDF/GEO  NMCD# 53290
Reason: Classification appeal

Classified appeal/ Court appeal

This is a classification
appeal against this JNS and
classification because it is
an perjury and defamation.
I had to signn an illegal
JNS forwarded assertion by
the District court of Carlsbad
and New Mexico Department of
corrections, that should be
overturned for the following
reasons:

1. The JNS was an
illegally made documentation
that was illegally signed
by the paralegal STEPHANIE
ERICKSON, that cannot be
legally signed by representatives
of the concerned JNS on
the dates of 8-2-12; 1-8-17

dismissals of the dates of 6-1-b; 8-6b; 11-9-; 1st, 9-11-16 pg 2/3

and Habeas corpus from
the District of New Mexico

1(b) on the date of 11-2012.
These seem logical to assume
that the hearings were
dismissed and case acquitted
as causal effect of
the Habeas corpus from
District of New Mexico as proposed
to Santa Fe.

2(a) The JNS was perjurous and
incompetently made by the
illegal paralegal inclusions on
responsibility of STEPHANIE
Erickson which did not
oversee the case because
it was District Attorney
Leslie williams. Also
the signature of an paralegal
in District Attorney case is
an illegal fraudulent entry nature
that shows an invalid JNS.

3(a) According Art: II U.S.C § 8 ; II U.S.C §14
of the Bill of rights.

pg 3/3

without a fair hearing
any hold of incncation shall
be held be illegal.
with the HABEUS CORPUS
and dismissals of trial
hearing process, and illegally
signed JNS, this classification
is perjurous and illegal,


Please acknowledge;
A copy has been given
to the institution of SNMCF
and the Department of
Collections countless times
but this time especially.

*(handwritten at top)* "given to institution+'l
SNMCF

Form CD-080102.10
Revised 08/24/16

# NEW MEXICO CORRECTIONS DEPARTMENT
## INMATE CLASSIFICATION APPEAL FORM

INMATE'S NAME: _Charles D. Graves_ NMCD#: _53680_

INSTITUTION: _SNMCF_ HOUSING UNIT: _3B-T_

DATE OF CLASSIFICATION DECISION OR RECOMMENDATION THAT IS BEING APPEALED: _____

DATE RECEIVED BY INSTITUTIONAL CLASSIFICATION APPEALS
OFFICER:_____ LOG#:_____

NOTE: This form must be submitted to the Institutional Classification Appeals Officer within 15 calendar days of the classification recommendation/decision. For further information on filing a classification appeal, see Policy CD-080100 in the Law Library.

STATE APPEAL: Include documentation and specific reasons for your appeal. Use additional pages, if necessary. _This is an appeal of classification to SNF, sentencing etc. as follows on 3 pages that explain._

Inmate's Signature: _D.T. Graves_ Date: _4-13-22_

TO BE COMPLETED BY THE CLASSIFICATION APPEALS OFFICER

A. _____Your classification appeal is accepted for consideration

B. Your appeal is being returned to you for the following reasons(s):

_____1. The appeal is currently under review.

_____2. The appeal does not involve a classification decision.

_____3. The appeal is a group appeal or petition.

_____4. The appeal is not timely.

_____5. Other: Specify_____

_____
Classification Appeals Officer       Date Received

CLASSIFICATION APPEALS OFFICER'S INVESTIGATION AND RECOMMENDATION:

_____
CLASSIFICATION APPEALS OFFICER       DATE

DECISION OF WARDEN

APPEAL GRANTED_____   APPEAL DENIED_____

REASONS: _____

SIGNATURE_____   DATE: _____

DATE RETURNED TO INMATE: _____

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT

FIFTH JUDICIAL
DISTRICT COURT
EDDY COUNTY
FILED IN MY OFFICE

2013 JAN -8 AM 9: 34

ERIC ELLIS
DISTRICT COURT CLERK

STATE OF NEW MEXICO,

        Plaintiff,

vs.

CHARLES BARNES,

        Defendant.

No. D-503-CR-200900092
Judge J. Richard Brown

## CORRECTED JUDGMENT AND ORDER PARTIALLY SUSPENDING SENTENCE

THIS MATTER came before the Court for sentencing on May 29, 2012. The State of New Mexico was represented by Stephanie Erickson, Assistant District Attorney. The Defendant was present and appeared, Pro Se.

The Defendant was convicted on February 21, 2012, pursuant to a finding of guilt by the Court accepted and recorded by the Court, of the offenses of Attempt to Commit a Felony, to wit: First Degree Murder (Willful or Deliberate), (0039), a second degree felony, contrary to §30-02-01(A)(1), NMSA 1978, and §30-28-01, NMSA 1978, occurring on or about February 07, 2009, as charged in Count 1 of the Criminal Information; Aggravated Burglary (Deadly Weapon), (0186), a second degree felony, contrary to §30-16-04(A), NMSA 1978, occurring on or about February 07, 2009, as charged in Count 2 of the Criminal Information; Kidnapping (In the First Degree), (0116), a first degree felony, contrary to §30-04-01, NMSA 1978, occurring on or about February 07, 2009, as charged in Count 3 of the Criminal Information; and, Tampering with Evidence (Capital Crime or First or Second Degree Felony), (4230), a third degree felony, contrary

xc: da
    def

State v. Charles Barnes                                    D-503-CR-200900092
Corrected Judgment and Sentence                                    Page 5 of 6

(CODIS) to the Probation and Parole Division of the New Mexico Corrections Department, pursuant

to the DNA Identification Act, §29-16-1 et seq., NMSA 1978.

The Defendant is advised by the Court of Defendant's right to appeal the judgment and order

of this Court. If the Defendant is unable to pay the costs of an appeal, the Defendant has a right to

proceed with an appeal at the State's expense and at no cost to Defendant. Further, if any appeal is

to be taken, it must be filed within thirty (30) days of the date of the filing of this Judgment and

Sentence.

J. Richard Brown
District Judge

| | |
|---|---|
| Name: | Charles Barnes |
| Address: | 303 E. Chapman, Carlsbad, NM 88220 |
| DOB: | 01/23/1982 |
| POB: | South Carolina |
| SSN: | 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 |
| Height: | 5'11 |
| Weight: | 180 |
| Color of Eyes: | Black |
| Color of Hair: | Black |
| FBI No.: | 787372CB9 |
| Marks/Tattoos: | Tattoo, Chest, Too Smooth; Tattoo, Shoulder, right, Sword & Dragon; Tattoo, Back, naked woman; Tattoo, Back, grim reapor; Tattoo, Back, cross; Scar, Face, nonspecific(use MIS field to further describelocation); Scar, Head, nonspecific(use MIS field to fur |
| Aliases: | Charles Johnson Barnes; Charles Damorris Barnes; Too Smooth Barnes; |
| Booking Slip No.: | 000122 |
| State Tracking No.: | 011090000104 |

State v. Charles Barnes                                    D-503-CR-200900092
Corrected Judgment and Sentence                            Page 6 of 6

**SUBMITTED & APPROVED BY:**

Stephanie Erickson
Assistant District Attorney
102 N. Canal, Ste 200
Carlsbad, NM  88220
575-885-8822

**APPROVED BY:** As to form.

_Mr Barnes declined to_
Pro Se   _sign at presentment Hearing_
_C.f.-12  30 ocT12_

le  CF-09-0189

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT

2012 AUG -2  AM II: 28

JO ELLIS
DISTRICT COURT CLERK

STATE OF NEW MEXICO,

          Plaintiff,

vs.

CHARLES BARNES,

          Defendant.

No. D-503-CR-200900092
Judge J. Richard Brown

ORIGINAL

## JUDGMENT AND ORDER PARTIALLY SUSPENDING SENTENCE

THIS MATTER came before the Court for sentencing on May 29, 2012. The State of New Mexico was represented by Stephanie Erickson, Assistant District Attorney. The Defendant was present and appeared, Pro Se.

The Defendant was convicted on February 21, 2012, pursuant to a finding of guilt by the Court accepted and recorded by the Court, of the offenses of Attempt to Commit a Felony, to wit: First Degree Murder (Willful or Deliberate), (0039), a second degree felony, contrary to §30-02-01(A)(1), NMSA 1978, occurring on or about February 07, 2009, as charged in Count 1 of the Criminal Information; Aggravated Burglary (Deadly Weapon), (0186), a second degree felony, contrary to §30-16-04(A), NMSA 1978, occurring on or about February 07, 2009, as charged in Count 2 of the Criminal Information; Kidnapping (In the First Degree), (0116), a first degree felony, contrary to §30-04-01, NMSA 1978, occurring on or about February 07, 2009, as charged in Count 3 of the Criminal Information; and, Tampering with Evidence (Capital Crime or First or Second Degree Felony), (4230), a third degree felony, contrary to §30-22-05, NMSA 1978, occurring on or about February 07, 2009, as charged in Count 4 of the Criminal Information.

XC: PD, DA, Defendant, SO, CA

FIFTH JUDICIAL
DISTRICT COURT
EDDY COUNTY
FILED IN MY OFFICE

FIFTH JUDICIAL DISTRICT COURT )
COUNTY OF EDDY )       2012 NOV -9 AM 10: 24
STATE OF NEW MEXICO )
                                        )       ERIC ELLIS
                                        )       DISTRICT COURT CLERK
STATE OF NEW MEXICO )
          Plaintiff, )
                                        )
vs. )
                                        )
CHARLES BARNES )       No. CR-2009-092
          Defendant, )
_____ )

## SUMMARY DISMISSAL OF DEFENDANT'S "MOTION FOR CORRECTION 5-513(A)" [sic]

THE COURT HAS REVIEWED Defendant's Motion for Correction 5-513(A) [sic] filed on

November 5, 2012. The Court finds Defendant's Motion wholly without merit. First, the Court can

find no rule in New Mexico Rules Annotated numbered "5-513(A)". To the extent that the Court can

determine, Defendant's request for relief apparently is for a correction of some error or potential error

that the Court has committed or is "in danger" of committing. The Court cannot determine what

alleged error Defendant is concerned about and, after a search of the rules, the Court cannot find a

rule or rules that would apply to the ambiguous relief sought in Defendant's Motion.

ADDITIONALLY, THE COURT notes that Defendant has not presented any basis for the

Court taking any action on a post-judgment request for relief. However, to the extent that the

Defendant is requesting a new trial the Court finds that there are no grounds and HEREBY DENIES

such request. To the extent that the Defendant is requesting reconsideration of his sentence the Court

HEREBY DENIES such request.

THEREFORE THE COURT SUMMARILY DISMISSES Defendant's Motion.

_____
J. RICHARD BROWN
DISTRICT JUDGE

exhibit 5 (3pgs)

**Summary Dismissal of the Appeal is Proposed.** Defendant appeals from the district court's order filed on January 12, 2012. [RP 309] The notice of appeal was timely filed on January 27, 2012. [RP 331] The district court's order was entered upon Defendant's motion for library usage that Defendant filed on December 16, 2011. [RP 308] Defendant has not yet been tried upon the charges filed, and no final judgment has been entered. As such, Defendant is not appealing from entry of a final judgment. Moreover, Defendant is not appealing from an order denying relief on a petition to review conditions of release; and Defendant has not filed an application for interlocutory appeal that is certified by the district court for interlocutory review. *See* NMSA 1978, § 39-3-3 (A) (1972); *see also* Rule 12-203(A) NMRA.

Thus, it appears that in this case, Defendant is attempting to appeal from a nonfinal, nonappealable order, and this Court lacks jurisdiction to review it on the merits. *See, e.g., State v. Garcia*, 99 N.M. 466, 471, 659 P.2d 918, 923 (Ct. App. 1983) (holding that in a criminal case, the final judgment is the judgment and sentence or an order dismissing all the charges against the defendant); *see also, e.g., High Ridge Hinkle Joint Venture v. City of Albuquerque*, 119 N.M. 29, 37, 888 P.2d 475, 483 (Ct. App. 1994) (stating that a final order is one that disposes of the case or effectively concludes it by court action), *rev'd on other grounds by* 1998-NMSC-050, 126 N.M. 413, 970 P.2d 599; *and see, e.g., Murphy v. Strata Prod. Co.,*

2

*exhibit 5 (3 pgs)*

1 **IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

2 **STATE OF NEW MEXICO,**

3          Plaintiff-Appellee,

4 v.                                                              **NO. 31,924**

5 **CHARLES BARNES,**

6          Defendant-Appellant.

7 **APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
8 **J. Richard Brown, District Judge**

9 Gary K. King, Attorney General          COURT OF APPEALS OF NEW MEXICO
10 Santa Fe, NM                                      ALBUQUERQUE
                                                               **FILED**
11 for Appellee                                      JUL 0 9 2012

                                                          *Wendy Ejms*
12 Charles Barnes
13 Carlsbad, NM

14 Pro Se Appellant

15                              **MEMORANDUM OPINION**

16 **VIGIL, Judge.**

17          Summary dismissal was proposed for the reasons stated in the notice of

18 proposed summary disposition.  No memorandum opposing summary dismissal has

3/6/2019

Case 1:22-cv-00468-KW/R-LF Document 1 Filed 06/23/22 Page 14 of 18
Case 1:20-cv-00935-WJ-JHR Document 30 Filed 02/05/2020 Page 13 of 25

Attack on personal service as having been obtained by fraud or trickery, 98 A.L.R.2d 551.

Time when voluntary nonsuit or dismissal may be taken as of right under statute so authorizing at any time before "trial," "commencement of trial," "trial of the facts," or the like, 1 A.L.R.3d 711.

Dismissing action or striking testimony where party to civil action asserts privilege against self-incrimination as to pertinent question, 4 A.L.R.3d 545.

Dismissal, nonsuit, judgment or direction of verdict on opening statement of counsel in civil action, 5 A.L.R.3d 1405.

Dismissal of action because of perjury or suppression of evidence by party, 11 A.L.R.3d 1153.

Attorney's inaction as excuse for failure to timely prosecute action, 15 A.L.R.3d 674.

Right of one spouse, over objection, to voluntarily dismiss claim for divorce, annulment or similar marital relief, 16 A.L.R.3d 283.

Application to period of limitations fixed by contract, of statute permitting new action to be brought within specified time after failure of prior action for cause other than on the merits, 16 A.L.R.3d 452.

Voluntary dismissal of replevin action by plaintiff as affecting defendant's right to judgment for the return or value of the property, 24 A.L.R.3d 768.

What amounts to "final submission" or "retirement of jury" within statute permitting plaintiff to take voluntary dismissal or nonsuit without prejudice before submission or retirement of jury, 31 A.L.R.3d 449.

Dismissal of state court action for failure or refusal of plaintiff to answer written interrogatories, 56 A.L.R.3d 1109.

Dismissal of plaintiff's action as entitling defendant to recover attorneys' fees or costs as "prevailing party" or "successful party," 66 A.L.R.3d 1087.

Construction, as to terms and conditions, of state statute or rule providing for voluntary dismissal without prejudice upon such terms and conditions as state court deems proper, 34 A.L.R.4th 778.

Dismissal of state court action for plaintiff's failure or refusal to obey court order relating to pleadings or parties, 3 A.L.R.5th 237.

Propriety of dismissal under Federal Civil Procedure Rule 41(a) of action against less than all of several defendants, 3 A.L.R. Fed. 569.

Propriety of dismissal for failure of prosecution under Rule 41(b) of Federal Rules of Civil Procedure, 20 A.L.R. Fed. 488.

Plaintiff's right to file notice of dismissal under Rule 41(a)(1)(i) of Federal Rules of Civil Procedure, 54 A.L.R. Fed. 214.

Appealability of order imposing conditions upon grant of plaintiff's motion for dismissal without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, 75 A.L.R. Fed. 505.

20 C.J.S. Costs § 35; 27 C.J.S. Dismissal and Nonsuit §§ 7 to 39, 41 to 91.

State v. Charles Barnes                                    D-503-CR-200900092
Judgment and Sentence                                              Page 5 of 6

IT IS FURTHER ORDERED that, as to Counts 1, 2, 3 and 4, the Defendant shall pay a $5.00

Domestic Violence Treatment Fee for a total of $20.00.

IT IS FURTHER ORDERED that the Defendant shall provide a sample of biological material

sufficient for DNA testing and shall pay a fee of $100.00 for the combined DNA Index System

(CODIS) to the Probation and Parole Division of the New Mexico Corrections Department, pursuant

to the DNA Identification Act, §29-16-1 et seq., NMSA 1978.

The Defendant is advised by the Court of Defendant's right to appeal the judgment and order

of this Court.  If the Defendant is unable to pay the costs of an appeal, the Defendant has a right to

proceed with an appeal at the State's expense and at no cost to Defendant.  Further, if any appeal is

to be taken, it must be filed within thirty (30) days of the date of the filing of this Judgment and

Sentence.

J. Richard Brown
District Judge

| | |
|---|---|
| Name: | Charles Barnes |
| Address: | 303 E. Chapman, Carlsbad, NM  88220 |
| DOB: | 01/23/1982 |
| POB: | South Carolina |
| SSN: | 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 |
| Height: | 5'11 |
| Weight: | 180 |
| Color of Eyes: | Black |
| Color of Hair: | Black |
| FBI No.: | 787372CB9 |
| Marks/Tattoos: | Tattoo, Chest, Too Smooth; Tattoo, Shoulder, right, Sword & Dragon; Tattoo, Back, naked woman; Tattoo, Back, grim reapor; Tattoo, Back, cross; Scar, Face, nonspecific(use MIS field to further describelocation); Scar, Head, nonspecific(use MIS field to fur |

State v. Charles Barnes                                      D-503-CR-200900092
Judgment and Sentence                                                Page 6 of 6


Aliases:              Charles Johnson Barnes; Charles Damorris Barnes; Too Smooth Barnes;
Booking Slip No.:     000122
State Tracking No.:   011090000104

**SUBMITTED & APPROVED BY:**



Stephanie Erickson
Assistant District Attorney
102 N. Canal, Ste 200
Carlsbad, NM  88220
575-885-8822



**APPROVED BY:**

Refused to sign following
Pro Se
                    presentment hearing. PB
                                         30JUL12
le  CF-09-0189

US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$000.93 °
ZIP 88004
043M31229962

U.S. court of District
court of New Mexico
— courthouse
333 Lomes bld NW
Albuquerque NM, 87106

Charles D. S. Barnes #53540
SNMCF
P.O. Box 639
Las Cruces NM, 88004

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 21 2022

MITCHELL R. ELFERS
CLERK

"LEGAL Privelleged
Mail
Confidental"
CIVLA. 1-604(4)M4
Fagan Hansford
#153801